David Gary Gladden
P.O. Box 877109
Wasilla, Alaska 99687
907-671-7370

RECEIVED
JUL 0 3 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

"District Court of the United States
District of Alaska

| | |
|---|---|
| **David Gary Gladden,** *in propria persona*<br>   *Plaintiff*<br><br>   *versus,*<br><br>**Michael Berry M.D., in his Individual and Official Capacity with FAA; and,**<br>**David M. O'Brien M.D., in his Individual and Official Capacity with the FAA: and,**<br>**Charles R. Chesanow, D.O. in his Individual and Official Capacity with the FAA; and,**<br>**Frederick E. Tilton, M.D., in his Individual and Official Capacity with the FAA; and,**<br>**Willis M. Simmons, Jr. M.D., in his Individual and Official Capacity with the FAA; and**<br>**Department of Transportation, Federal Aviation Administration ("FAA") ; and,**<br>**John Does 1-10,**<br>   *Defendants.* | Case No. 3-17-cv-00043 TMB |

**Motion for Expedited Consideration For the Court To Rule On This Instant Controversy**

Comes now, David Gary Gladden ("Gladden"), with this **Motion for Expedited Consideration For the Court To Rule On This Instant Controversy.**

All of the pleadings were completed on December 11, 2017 and therein this Controversy is over ripe for a decision from the Court. Aviation is Gladden's only means of support and he has entered evidence remembering that Gladden has in excess of fourteenth thousand (14,000) flight hours and thirty-five (35) years complying with the FAA regulations.

Gladden has followed the Orders from the Court that the Defendants filed in reality a

Summary Judgment, which the Defendants still defy. Gladden has filed in "evidence" in the form of affidavits in support of the Facts, wherein the Defendants have not opposed the same and further, the Defendants have not entered one scintilla of evidence into the Court to date.

Therefore, Gladden Motions to Expedite a Ruling from the Court on the issues before it as this is a denial of Due Process of Law as Gladden is being denied his only means of supporting himself at a trade he has safely plied for over thirty-five (35) years.

Also take Notice that Gladden is researching filing complaints against the Defendants as their actions are prohibited in their profession; and, the DSM-5 that Gladden has submitted excerpts to the Court therein making the actions of the Defendants against Gladden without ANY support by any regulations or Laws of the United States and are vindictive.

My Hand,

David Gary Gladden

## Certificate of Service.

I certify that a true and correct copy of this Motion was mailed by USPS first Class Prepaid to the following parties, to wit:

**John A. Fonstad**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, Alaska 99513
907-271-4274 Phone
907-271-3224 Fax
john.fonstad@usdoj.gov


Clerk of the District Court of the United States
District Court of the United States
222 West 7th Avenue, #4
Anchorage, Alaska 99513
907-677-6100

Date: 06-26-2018

_David Gary Gladden_
Signature

*Gladden v. Berry, et al.*     3
Case NO. 3:17-CV-00043 TMB

David Gary Gladden
PO Box 877109
Wasilla, AK 99687

CERTIFIED MAIL





U.S. POSTAGE
PAID
WALLA WALLA, WA
99362
JUN 26, 18
AMOUNT
$6.70
R2305K138174-33

7018 0680 0001 3556 9548

1000

99513

Clerk of the District Court of the United States
District Court of the United States
222 West 7th Avenue, #4
Anchorage, Alaska 99513