# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| DAVID GARY GLADDEN<br>*Plaintiff*<br>v.<br>MICHAEL BERRY, in his Individual and Official Capacity; and, DAVID M. O'BRIEN, in his Individual and Official Capacity; CHARLES R. CHESANOW, in his Individual and Official Capacity; FREDERICK E. TILTON, in his Individual and Official Capacity; WILLIS M. SIMMONS, JR., in his Individual and Official Capacity; and, DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 3:17-cv-00043-TMB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Michael Berry, et al recover costs from the plaintiff *(name)* David Gary Gladden .

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Timothy M. Burgess on a motion for summary judgment .

APPROVED:

**s/Timothy M. Burgess**
Timothy M. Burgess
United States District Judge

Date: August 13, 2018

**Lesley K. Allen**
Lesley K. Allen
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.